**Order entered March 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00653-CR
No. 05-13-00655-CR

**JESUS ANTONIO DESANTIAGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-83076-2011, 401-80377-2011**

## ORDER

The Court **REINSTATES** the appeals.

On January 14, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Samuel Rosenstein; and (3) counsel's explanation for the delay in filing appellant's brief is his workload, a computer breakdown, and illness. Because we have not yet received appellant's brief, we **DO NOT ADOPT** the finding that it would be filed by February 27, 2014.

We **ORDER** appellant to file his brief by **MARCH 31, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; and to counsel for all parties

/s/    DAVID EVANS
        JUSTICE